IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOSEPH WITZIG,

      Petitioner,                    No. 2:11-cv-2790 KJN P

    vs.

RICK HILL, Warden,

      Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his application, petitioner challenges a conviction issued by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

////

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4       2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6       United States District Court
      Eastern District of California
7       2500 Tulare Street
      Fresno, CA 93721

9 DATED: October 31, 2011

11     _____
    KENDALL J. NEWMAN
12     UNITED STATES MAGISTRATE JUDGE

13 witz2790.109

2